1   CRAIG A. HOOVER, ESQ., SBN 113965
    HOGAN & HARTSON LLP
2   555 Thirteenth Street, NW
    Washington, DC 20004
3   Telephone: (202) 637-5600
    Facsimile:  (202) 637-5910
4   cahoover@hhlaw.com

5   MEGAN DIXON, SBN 162895
    HOGAN & HARTSON LLP
6   4 Embarcadero Center, 22nd Floor
7   San Francisco, CA 94111
    Telephone: (415) 374.2300
8   Facsilime: (415) 374.2499
    mdixon@hhlaw.com
9
    Attorneys for Defendant
10  WELLPOINT, INC.

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                        SACRAMENTO DIVISION

15

16                                    )
                                      )
17  AMERICAN PODIATRIC MEDICAL        )
    ASSOCIATION, CALIFORNIA           )   CASE NO.: 2:09-cv-01740-WBS-KJM
18  CHIROPRACTIC ASSOCIATION,         )
    CALIFORNIA PSYCHOLOGICAL          )
19  ASSOCIATION, and DR. JAMES A.     )   Complaint Filed: June 23, 2009
    PECK, PSY.D., individually and on behalf )
20  of all other similarly situated individuals, )   Assigned to: Hon. William B. Shubb
                                      )
21                     Plaintiffs,    )   [PROPOSED] ORDER TO EXTEND
                                      )   TIME TO RESPOND TO INITIAL
22  v.                                )   COMPLAINT
                                      )
23  WELLPOINT, INC.,                  )   L.R. 6-144(a)
                                      )
24                     Defendant.     )
                                      )
25                                    )
                                      )
26  ────────────────────────────     )

27

28

1

2          IT IS ORDERED THAT Defendant is relieved from answering or otherwise

3   responding to the Complaint by September 9, 2009, and that the time for Defendant to answer or

4   otherwise respond to the Complaint is extended to November 9, 2009.

5

6          SO ORDERED.

7

    DATED:          September 8, 2009

8

9                                      _William V. Shubb_
                                       WILLIAM B. SHUBB
10                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2