A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Sep 16, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 31, 2009

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: WELLPOINT, INC., OUT-OF-NETWORK
"UCR" RATES LITIGATION
   American Podiatric Medical Association, et al. v. WellPoint, Inc., )
      E.D. California, C.A. No. 2:09-1740 )   MDL No. 2074

**CACD Case Number: CV09-6725 PSG (CTx)**

**CONDITIONAL TRANSFER ORDER (CTO-1)**

FILED
September 16, 2009
By: N. Longoria
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

On August 19, 2009, the Panel transferred one civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Philip S. Gutierrez.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Gutierrez.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of August 19, 2009, and, with the consent of that court, assigned to the Honorable Philip S. Gutierrez.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 16, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 09/16/09 that the foregoing document is full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
_Natalie Longoria_
DEPUTY CLERK



# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas<br><br>Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

September 16, 2009

Terri Nafisi, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Re: MDL No. 2074 -- IN RE: WellPoint, Inc., Out-of-Network "UCR" Rates Litigation

(See Attached CTO-1)

Dear Ms. Nafisi:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 31, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Tarrell L. Littleton
Tarrell L. Littleton
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:   Judge Philip S. Gutierrez

JPML Form 36A

IN RE: WELLPOINT INC., OUT-OF-NETWORK
"UCR" RATES LITIGATION                                    MDL No. 2074

## INVOLVED COUNSEL LIST (CTO-1)

Richard B. Brualdi
BRUALDI LAW FIRM
29 Broadway
Suite 2400
New York, NY 10006

Megan Dixon
HOGAN & HARTSON LLP
4 Embarcadero Center
22nd Floor
San Francisco, CA 94111

Tonna K. Farrar
BONNETT FAIRBOURN FRIEDMAN &
BALINT PC
One American Plaza
600 West Broadway
Suite 900
San Diego, CA 92101

Andrew S. Friedman
BONNETT FAIRBOURN FREIDMAN &
BALINT
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012-3311

Joseph P. Guglielmo
SCOTT & SCOTT LLP
29 West 57th Street
14th Floor
New York, NY 10019

Donald E. Haviland, Jr.
HAVILAND LAW FIRM LLC
111 South Independence Mall East
Suite 1000
Philadelphia, PA 19106

Craig A. Hoover
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, DC 20004

Christopher R. J. Pace
WEIL GOTSHAL & MANGES LLP
1395 Brickell Avenue
Miami, FL 33131

Mark N. Todzo
LEXINGTON LAW GROUP LLP
1627 Irving Street
San Francisco, CA 94122

Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS LLC
1540 Broadway
37th Floor
New York, NY 10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Carolyn Turchin.

The case number on all documents filed with the Court should read as follows:

**CV09- 6725 PSG (CTx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY



**TERRY NAFISI**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los Angeles, CA  90012
Tel: (213) 894-3535
Fax: (213)894-4422

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

September 16, 2009

Clerk, United States District Court
Eastern District of CALIFORNIA

Re:  MDL  2074        In Re: **WELLPOINT, INC., OUT-OF-NETWORK "UCR"**

Transfer of your Civil Case No. 2:09-1740

Case Title:    **AMERICAN PODIATRIC MEDICAL ASSOCIATION, ET AL.**

Dear Sir/Madam:

    An order having been made by the Judicial Panel on Multi-district Litigation transferring the above-numbered case to this district and assigning Judge Philip S. Gutierrez to preside over this litigation, we are transmitting herewith a certified copy of conditional transfer order from the MDL Panel.  We have assigned the following case number to this case: **CV09- 6725 PSG (CTx)**
Please include reference to this case number when the case file is sent to this district.

    We would appreciate receiving the case file as soon as possible.  Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By: _NLONGORI_____
Deputy Clerk

cc: All counsel on the attorney service list.
Clerk, MDL Panel