A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Sep 16, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Aug 31, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: WELLPOINT, INC., OUT-OF-NETWORK
"UCR" RATES LITIGATION

American Podiatric Medical Association, et al. v. WellPoint, Inc., )
    E.D. California, C.A. No. 2:09-1740    )    MDL No. 2074

**CACD Case Number: CV09-6725 PSG (CTx)**

**CONDITIONAL TRANSFER ORDER (CTO-1)**

FILED
September 16, 2009
By: N. Longoria
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

On August 19, 2009, the Panel transferred one civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Philip S. Gutierrez.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Gutierrez.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of August 19, 2009, and, with the consent of that court, assigned to the Honorable Philip S. Gutierrez.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Sep 16, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 09/16/09 that the foregoing document is full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
_____Natalie Longoria_____
DEPUTY CLERK



# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas<br><br>Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

September 16, 2009

Terri Nafisi, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Re: MDL No. 2074 -- IN RE: WellPoint, Inc., Out-of-Network "UCR" Rates Litigation

(See Attached CTO-1)

Dear Ms. Nafisi:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 31, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Tarrell L. Littleton_
Tarrell L. Littleton
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Philip S. Gutierrez

JPML Form 36A

IN RE: WELLPOINT INC., OUT-OF-NETWORK
"UCR" RATES LITIGATION          MDL No. 2074

## INVOLVED COUNSEL LIST (CTO-1)

Richard B. Brualdi
BRUALDI LAW FIRM
29 Broadway
Suite 2400
New York, NY 10006

Megan Dixon
HOGAN & HARTSON LLP
4 Embarcadero Center
22nd Floor
San Francisco, CA 94111

Tonna K. Farrar
BONNETT FAIRBOURN FRIEDMAN &
BALINT PC
One American Plaza
600 West Broadway
Suite 900
San Diego, CA 92101

Andrew S. Friedman
BONNETT FAIRBOURN FREIDMAN &
BALINT
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012-3311

Joseph P. Guglielmo
SCOTT & SCOTT LLP
29 West 57th Street
14th Floor
New York, NY 10019

Donald E. Haviland, Jr.
HAVILAND LAW FIRM LLC
111 South Independence Mall East
Suite 1000
Philadelphia, PA 19106

Craig A. Hoover
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, DC 20004

Christopher R. J. Pace
WEIL GOTSHAL & MANGES LLP
1395 Brickell Avenue
Miami, FL 33131

Mark N. Todzo
LEXINGTON LAW GROUP LLP
1627 Irving Street
San Francisco, CA 94122

Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS LLC
1540 Broadway
37th Floor
New York, NY 10036